## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

WILLIE FROST,                                    CASE NO. 1:19-CV-01758

                        Plaintiff,

     -vs-                                    JUDGE PAMELA A. BARKER

RAR CONTRACTING CO., LLC,

                   Defendant.          JUDGMENT ENTRY

Plaintiff's Request for Default Judgment is GRANTED IN PART and DENIED IN PART, as follows.  Plaintiff's request for injunctive relief is DENIED.  In all other respects, Plaintiff's Request for Default Judgment, as modified by Plaintiff's counsel's statements at the evidentiary hearing and his Supplement to Request for Default Judgment, is GRANTED.  Default judgment is entered in Plaintiff's favor against Defendant in the following amounts for Defendant's violations of the FLSA, the OWA, and the OPPA:

    a.  $31,904.64 for unpaid wages as prescribed under the FLSA;

    b.  An equal amount of damages, $31,904.64, as liquidated damages as prescribed under the FLSA for willful violation of the statute;

    c.  An award of $1,914.28 for OPPA damages;

    d.  An award of attorneys' fees of $27,509.30, pursuant to the fee-shifting provisions of both the FLSA and the OWA; and

    e.  An award of attorneys' costs/expenses in the amount of $871.60, pursuant to the fee-shifting provisions of both the FLSA and the OWA.

**IT IS SO ORDERED.**

_s/Pamela A. Barker_
PAMELA A. BARKER
Date:  March 3, 2020                    U. S. DISTRICT JUDGE

2